ing the defendant's release on bond pursuant to Connecticut General Statutes § 54-64f constitute a final judgment reviewable by this court pursuant to Connecticut General Statutes § 51-197f?

"2. If the order of the Appellate Court is reviewable, does Connecticut General Statutes § 54-64f as applied to the defendant violate the right of bail provision of article first, § 8, of our state constitution?"

*Michael A. Georgetti,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided October 9, 1991

STATE OF CONNECTICUT *v.* KATRINA WOODS

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 275, is denied.

*Louis S. Avitabile,* in support of the petition.

*Jack W. Fisher,* deputy assistant state's attorney, in opposition.

Decided October 9, 1991

MARY G. STILLMAN *v.* ZONING BOARD OF APPEALS OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 631, is denied.

*Thomas W. Beecher,* in support of the petition.

*Michael N. LaVelle* and *Marylouise S. Black,* in opposition.

Decided October 9, 1991